# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHRIS PETTIT & ASSOCIATES, P.C. | § | CASE No. 22-50591-CAG |
| | § | |
| CHRISTOPHER JOHN PETTIT | § | CASE No. 22-50592-CAG |
| | § | |
| Jointly Administered Debtors[1] | § | CHAPTER 11 PROCEEDINGS |
| | § | (Jointly Administered Under |
| | § | Case No. 22-50591-CAG) |

## DECLARATION OF CHRISTOPHER JOHN PETTIT REGARDING ACCOUNT NUMBERS

I, CHRISTOPHER JOHN PETTIT, do hereby declare, under penalty of perjury, that:

1. The Debtor, Chris Pettit & Associates, P.C. filed its voluntary petition (the "Petition") for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), on June 1, 2022 [Dkt. No. 1].

2. The Joint Debtor, Christopher John Pettit filed his voluntary petition (the "Petition") for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), on June 1, 2022 [Dkt. No. 1].

5. I am advised by counsel that this Court has jurisdiction over these Chapter 11 cases pursuant to 28 U.S.C. §§ 157 and 1334 and venue is proper in the United States Bankruptcy Court for the Western District of Texas pursuant to 28 U.S.C. §§ 1408 and 1409.

6. On June 26, 2022 I searched available records of Chris Pettit & Associates, P.C. to ascertain the account numbers of all IOLTA Accounts used by Chris Pettit & Associates, P.C. ==The following list is a list of all IOLTA Accounts used by Chris Pettit & Associates, P.C. which==

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's Social Security Number or Federal Tax Identification Number, as applicable, are: Chris Pettit & Associates, P.C. (1267), and Christopher John Pettit (9429). The Debtors' mailing address is 11 Champions Run, San Antonio, TX 78258.

1 | Page

I am personally aware and which I could confirm following a review of a books and records of Chris Pettit & Associates, P.C.:

    Frost - *****4777

    Texas Partners Bank/Bank of San Antonio - *****5078, *****4964

    Winter Park - *****2217

    TexStar Bank - *****1416

    Wells Fargo - *****5032, *****9174 (NM), *****9720 (TX)

I will provide complete unredacted account numbers for all accounts listed above to the Trustee when requested.

The following accounts were operative for the designated periods:

    i. Frost - *****4777 from January 2008 to May 2021

    ii. Texas Partners Bank/Bank of San Antonio - *****5078 from January 2017 to July 2021

    iii. Texas Partners Bank/Bank of San Antonio - *****4964 from January 2017 to July 2021

    iv. Winter Park - *****2217 from April 2021 to January 2022

    v. TexStar Bank - *****1416 from October 2021 to March 2022

    vi. Wells Fargo - *****5032 from January 2017 to present

    vii. Wells Fargo - *****9174 from January 2017 to present

    viii. Wells Fargo - *****9720 from January 2017 to present

I have no knowledge of the account balance since access to closed bank accounts via login terminates upon closing of accounts. I do not have access to Wells Fargo accounts and have been locked out from accessing account information since accounts were frozen in early

June 2022. I have no present ability to access account information from any of the above designated accounts.

I certify under penalty of perjury that, based upon my knowledge, information and belief as set forth in this Declaration, the foregoing is true and correct.

_____
Christopher John Pettit