# EXHIBIT D

```
 1              UNITED STATES BANKRUPTCY COURT
                FOR THE WESTERN DISTRICT OF TEXAS
 2                    SAN ANTONIO DIVISION

 3   In re:                    )
                               ) LEAD CASE No. 22-50591-CAG
 4   CHRIS PETTIT & ASSOCIATES,)
     P.C.                      ) SECOND CASE No. 22-50592-CAG
 5                             )
     CHRISTOPHER JOHN PETTIT   )
 6                             ) Chapter 11
     Jointly Administered      ) (Jointly Administered Under
 7   Debtors                   ) Case No. 22-50591)
                               )
 8                             )

 9   _____

10

11       RULE 2004 ORAL AND VIDEOTAPED EXAMINATION OF

12               CHRISTOPHER JOHN PETTIT

13                  OCTOBER 14, 2022

14                      VOLUME 2

15   _____

16

17       RULE 2004 ORAL AND VIDEOTAPED EXAMINATION OF

18   CHRISTOPHER JOHN PETTIT, produced as a witness at the

19   instance of the Attorneys for Robin and Mark Verstuyft

20   and Karen and Wade Seifert, and duly sworn, was taken in

21   the above-styled and numbered cause on October 14, 2022,

22   from 9:55 a.m. to 12:45 p.m., before Deborah A.G.

23   Davidson, CSR, RPR, in and for the State of Texas,

24   reported by machine shorthand, at the Conference Room 2

25   and 3 on the 1st Floor of the Hipolito F. Garcia Federal
```

1  Building & Courthouse, 615 E. Houston Street, San
2  Antonio, Texas 78205, pursuant to the 2004 Federal and
3  Local Rules of Bankruptcy Procedure and the provisions
4  stated on the record or attached hereto.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                    A-P-P-E-A-R-A-N-C-E-S
 2
    FOR ROBIN AND MARK VERSTUYFT and KAREN AND WADE SEIFERT:
 3
         Ms. Leslie M. Luttrell
 4       LUTTRELL + CARMODY LAW GROUP
         100 N.E. Loop 410, Suite 615
 5       One International Centre
         San Antonio, Texas 78216
 6       Phone: (210) 426-3600
         luttrell@AIclawgroup.net
 7
    FOR ERIC TERRY, CHAPTER 11 TRUSTEE:
 8
 9       Mr. Basil A. Umari
         DYKEMA
10       5 Houston Center, 1401 McKinney
         Suite 1625
11       Houston, Texas 78010
         Phone: (713) 904-6883
12
13  FOR COUNSEL FINANCIAL II, LLC AND COUNSEL FINANCIAL
    HOLDINGS:
14
         Mr. Randall A. Pulman
15       Ms. Anna K. MacFarlane (Via Videoconference)
         PULMAN, CAPPUCCIO & PULLEN, LLP
16       2161 NW Military Highway
         Suite 400
17       San Antonio, Texas 78213
         Phone: (210) 222-9494
18       rpulman@pulmanlaw.com
19
    FOR BREYER LIVING TRUST:
20
         Mr. Morris E. "Trey" White, III
21       VILLA & WHITE, LLP
         1100 NW Loop 410
22       Suite 802
         San Antonio, Texas 78213
23       Phone: (210) 225-4500
         treywhite@villawhite.com
24
25
```

```
 1  FOR GORDON AND WENDY KUENEMANN, BELINDA STANUSH AND
    JAMIE MONTELONGO:
 2
        Mr. David S. Gragg
 3      LANGLEY & BANACK, INC.
        745 East Mulberry
 4      Suite 700
        San Antonio, Texas 78212
 5      Phone: (210) 736-6600
        dgragg@langleybanack.com
 6
 7  FOR STEPHEN JONES AND J. ALBERT JONES TRUST:
 8      Mr. David McQuade "David" Leibowitz
        LAW OFFICES OF DAVID MCQUADE LEIBOWITZ, PC
 9      517 Soledad Street
        San Antonio, Texas 782015
10      Phone: (210) 225-8787
        david@leibowitzlaw.com
11
12  ALSO PRESENT:
13      Mr. Thanhan "An" Nguyen (Via Videoconference)
        MUNSCH HARDT KOPF & HARR, P.C.
14      Hartland Plaza
        1717 West 6th Street, Suite 250
15      Austin, Texas 78701-3924
        Phone: (512) 391-6142
16      anguyen@munsch.com
17      Eric Terry, Attorney;
18      Mary Elizabeth Heard, Attorney (Via Videoconference)
19      Salvador Ortiz, (Via Videoconference)
20      Mary Ann Villa, (Via Videoconference)
21      Karen Seifert (Via Videoconference)
22      Wendy Kuenenmann;
23      Earl Beyer;
24      Ken Beyer;
25      Ken Locke;
```

```
 1      Joyce Locke;
 2      Christina McQueary;
 3      Valerie Morris;
 4      Mark Verstuyft;
 5      Robin Verstuyft;
 6      Belinda Sommeil;
 7      Ashley Spanish Jackson;
 8      Stephen Jones;
 9      Robert Brown;
10      Marshals;
11      Celso Cavazos,
             The Videographer;
12
13      Christopher John Pettit,
             The Witness;
14
        Deborah Davidson,
15           Certified Shorthand Reporter.
16
17
18
19
20
21
22
23
24
25
```

```
09:04    1              THE VIDEOGRAPHER:  We're on the record.
         2   Today's date is October the 14th.  The time is 9:04 a.m.
         3   This is tape number one of the deposition of Christopher
         4   John Pettit, taken in the United States Bankruptcy Court
09:04    5   for the Western District of Texas, San Antonio Division,
         6   in the matter of Chris Pettit & Associates P.C.,
         7   Christopher John Pettit, jointly administered debtors.
         8   Case number -- lead case number is 22-50591-CAG.  Second
         9   case number 22-50592-CAG.
09:04   10              This deposition is being held in
        11   San Antonio, Texas.  My name Celso Cavazos, the
        12   videographer.  The court reporter's name is Debbie
        13   Davidson.  Will counsel please introduce themselves for
        14   the record.
09:05   15              MR. LEIBOWITZ:  Good morning.  My name is
        16   David Leibowitz and I represent Stephen Jones and his
        17   family.
        18              THE VIDEOGRAPHER:  Sir, your mic.
        19              MR. WHITE:  Trey --
        20              MR. LEIBOWITZ:  I beg your pardon?  Mine
        21   you have.  Okay.  You want me to do it again?
        22              THE VIDEOGRAPHER:  I heard you, sir.
        23              MR. LEIBOWITZ:  You did.  Thank you.
        24              MR. WHITE:  Trey White for the Beyer Living
09:05   25   Trust.
```

```
09:05


09:05


09:06


09:06


09:06
```

1  MS. LUTTRELL: Leslie Luttrell for Mark and
2  Robin Verstuyft and Karen and Wade Seifert.
3  CHRISTOPHER PETTIT,
4  having been first duly sworn, testified as follows:
5  EXAMINATION
6  BY MR. LEIBOWITZ:
7  Q. Good morning, Mr. Pettit. My name is David
8  Leibowitz. I represent Stephen Jones and the Jones
9  family. Do you understand who I am --
10  A. Yes, sir.
11  Q. -- and who I represent?
12  A. I do.
13  Q. Okay. I want to briefly discuss -- discuss
14  some ground rules with you. If we both try to follow
15  these ground rules, not only will things run more
16  smoothly, but we'll probably get done sooner. Okay?
17  A. Yes, sir.
18  Q. Okay. First and foremost, do you appreciate
19  the importance, the significance, and the solemnity of
20  the oath that you just took a moment ago?
21  A. Yes, sir.
22  Q. Are you prepared today to give us complete,
23  accurate, and honest answers?
24  A. Yes, sir.
25  Q. If you do not understand a question that I ask

```
 1      Q.   Were you doing any estate planning in
 2   New Mexico?
 3      A.   No.
 4      Q.   Were you doing any 1031 exchanges in
 5   New Mexico?
 6      A.   No.
 7      Q.   Okay.  Why did you establish the Winter Park
 8   IOLTA account?
 9      A.   Again, because I was considering retiring
10   future in Florida and they had financed the Florida
11   home.  So I started a bank account there just to
12   establish a business relationship with them.
13      Q.   You -- and you established specifically an
14   IOLTA account?
15      A.   No.  It was a -- it was a personal account
16   originally, and then I opened a operating account, and
17   then we opened an IOLTA account with them.
18      Q.   Is there any reasons that revenue from EOG
19   would have been deposited in the New Mexico IOLTA
20   account?
21      A.   No. I don't know of a particular reason.
22      Q.   And you would agree with me just by looking at
23   the history of these bank accounts that the New Mexico
24   IOLTA account was overdrawn on multiple occasions?
25      A.   Yes, sir.  I don't disagree with you.
```

```
11:30

11:30

11:30

11:30

11:31
```

1  A.  Yes, sir.
2  Q.  And I'll -- I'll help us all out.  I'll read
3  it.
4       Borrower -- borrower shall not obtain or
5  use the proceeds of any loan for any purpose other than
6  for law firm purposes, that is, for working capital of
7  the borrower, including payments to any guarantor.
8  Borrower covenants that no loan proceeds shall be used
9  by borrower for other than a business or commercial
10 purpose of borrower.  Borrower further acknowledges,
11 warrants, and represents to and agrees with the lender
12 that the lender has made no representation to the
13 borrower regarding the adequacy of any loans or advances
14 made to the borrower pursuant to this note for purposes
15 of conducting borrower's legal practice or other
16 business operations.  And then it says that you'll get a
17 $500,000 draw --
18 A.  Okay.
19 Q.  -- on the loan?
20 A.  Yes.
21 Q.  And this is September of 2021.  The account
22 that these monies were deposited into I think is this
23 account, and I've got a statement here.  It's account
24 number -- let's see if I can find it.  I'm sure it's on
25 here someplace, but I don't see it.  I'm going to mark

1  it as Exhibit 30 to your examination.
2              (Exhibit 30 marked.)
3      Q.  (BY MR. PULMAN) Can you identify that document
4  for us?
11:31  5      A.  Yes, sir.  It appears to be the trust account
6  with Winter Park Bank.
7      Q.  Okay.  And I just want to see if I can find
8  this.  It looks like it's account number ending 217.
9  There it is, account number --
11:31  10      A.  Now I see it too.  Yes, sir.
11      Q.  -- 217?
12              Okay.  Winter Park Bank is in Florida?
13      A.  Yes, sir.
14      Q.  And I think I heard you say that you do not
11:32  15  have a license to practice law in Florida?
16      A.  Correct.
17      Q.  Well, why -- what prompted you to open this
18  IOLTA account in Florida?
19      A.  They had done the financing for the home in
11:32  20  Florida, and I had talked to them about establishing a
21  business relationship with them.  They had told me
22  that -- as they were opening the account that they were
23  applying for it to have Texas IOLTA status.
24      Q.  Okay.  "They" being Winter Park Bank?
11:32  25      A.  Yes.

353

1  Q.  Okay.  Do you remember who was the person at
2  Winter Park Bank that you may have had that discussion
3  with?
4  A.  There were several people I would have those
11:32  5  discussions with.  One would have been Tina.  I forget
6  her last name.  The other would be David, who was the
7  president of the bank.
8  Q.  All right.  So if we look on the first page of
9  Exhibit 30, I think we see the two transfers in from
11:33 10  Counsel Financial?
11  A.  Yes, sir.
12  Q.  One for five hundred grand on September 7th and
13  it looks like another 423 just a couple of days later.
14  423,000?
11:33 15  A.  Right.
16  Q.  All right.  And there are some other transfers
17  in.  If you look at the -- at the -- I think it's the
18  third page, do you see the Bates number down there,
19  WP-2217 --
11:33 20  A.  Yes, sir.
21  Q.  -- dash 00018?
22  A.  Yes, sir.
23  Q.  And there's a transfer in on 9-14 or a deposit
24  of $1,215,750?
11:33 25  A.  Yes, sir.

```
                  UNITED STATES BANKRUPTCY COURT
                 FOR THE WESTERN DISTRICT OF TEXAS
                        SAN ANTONIO DIVISION

In re:                          ) LEAD CASE No. 22-50591-CAG
                                )
CHRIS PETTIT & ASSOCIATES,      ) SECOND CASE No. 22-50592-CAG
P.C.                            )
                                )
CHRISTOPHER JOHN PETTIT         ) Chapter 11
                                ) (Jointly Administered Under
Jointly Administered            ) Case No. 22-50591)
Debtors                         )
```

---

REPORTER'S CERTIFICATION OF THE

RULE 2004 ORAL AND VIDEOTAPED EXAMINATION OF

CHRISTOPHER JOHN PETTIT

OCTOBER 14, 2022

VOLUME 2

---

    I, Deborah A.G. Davidson, Certified Shorthand Reporter and Notary Public in and for the State of Texas, hereby certify to the following:

    That the witness, CHRISTOPHER JOHN PETTIT, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

    That the original deposition was delivered to _____;

    That a copy of this certificate was served on

```
 1  all parties and/or the witness shown herein on
 2  _____.
 3            I further certify that pursuant to the 2004
 4  Federal and Local Rules of Bankruptcy Procedure that the
 5  signature of the deponent:
 6            _____ was requested by the deponent or a party
 7  before the completion of the deposition and that the
 8  signature is to be before any notary public and returned
 9  within 30 days from date of receipt of the transcript.
10  If returned, the attached Changes and Signature Page
11  contains any changes and the reasons therefore:
12            _____ was not requested by the deponent or a
13  party before the completion of the deposition.
14            I further certify that I am neither counsel
15  for, related to, nor employed by any of the parties or
16  attorneys in the action in which this proceeding was
17  taken, and further that I am not financially or
18  otherwise interested in the outcome of the action.
19            Certified to by me this, the 21st of October,
20  2022.
21
22            _____
              Deborah A.G. Davidson, Texas CSR 1857
23            Expiration Date:  8/31/2024
              Firm Registration No. 253
24            Davidson Reporting, Inc.
              926 Chulie Drive, Suite 115
25            San Antonio, Texas 78216
              Phone:  (210) 340-3656
```



WINTER PARK NATIONAL BANK
201 N. NEW YORK AVE.
SUITE 100
WINTER PARK, FL 32789

407-853-7100

265725

CHRIS PETTIT & ASSOCIATES PC
TRUST ACCOUNT
11902 RUSTIC LN
SAN ANTONIO TX 78230

Date 9/30/21   Page 1

## CHECKING ACCOUNT

```
COMMERCIAL ANALYSIS CHECKING       Number of Enclosures              232
Account Number       XXXXXXXXXXXX217  Statement Dates  9/01/21 thru 9/30/21
Previous Balance               55,609.39  Days in Period                  30
    31 Deposits/Credits     2,984,810.48  Average Ledger          169,715.10
   259 Checks/Debits        2,907,453.40  Average Collected       105,741.05
Service Charge                       .00
Interest Paid                        .00
Ending Balance                132,966.47
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $70.00 | $840.00 |
| Return item fees year to date | $35.00 | $420.00 |

### DEPOSITS

| Date | Description | Amount |
|---|---|---|
| 9/01 | Deposit/Credit | 13,696.42 |
| 9/02 | Deposit/Credit | 2,687.57 |
| 9/07 | Wire Transfer Credit<br>COUNSEL FINANCIAL II LLC OPERA<br>6400 MAIN ST<br>WILLIAMSVILLE<br>14221 US NY<br>20210907B6B7HU3R015100<br>20210907MMQFMPOQ000040<br>09071404FT03 | 500,000.00 |
| 9/07 | Deposit/Credit | 8,642.30 |
| 9/07 | Deposit/Credit | 30,001.00 |
| 9/09 | Wire Transfer Credit<br>COUNSEL FINANCIAL II LLC OPERA<br>6400 MAIN ST<br>WILLIAMSVILLE<br>14221 US NY<br>20210909B6B7HU3R015945<br>20210909MMQFMPOQ000045<br>09091556FT03 | 423,755.00 |
| 9/09 | Trsf from Oak Hills Financial | 20,000.00 |



EXHIBIT 30
WIT: C. Pettit
DATE: 10/4/22
DEBORAH DAVIDSON, CSR

MEMBER FDIC    NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION    EQUAL HOUSING LENDER

WP-2217-00016



| | | Date 9/30/21 | Page 3 |

COMMERCIAL ANALYSIS CHECKING        XXXXXXXXXXXX217  (Continued)

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 9/02 | Transf to Personal Checking<br>Confirmation number   902210004 | 1,000.00- |
| 9/03 | 912021        CSC<br>CCD | 69.06- |
| 9/07 | Overdraft Item Charge | 35.00- |
| 9/07 | Wire Transfer Debit<br>~~Gary Archer~~<br>321176833<br>0005015367<br>1187 Mariposa Ave.<br>San Jose, CA  95126<br>MERIWST CU SJOSE<br>SAN JOSE, CA<br>20210907MMQFMPOQ000012<br>20210907QMGFNP31002238<br>09071518FT03 | 140,271.93- |
| 9/07 | Transf to CP and Associates<br>Confirmation number   907210043 | 25,000.00- |
| 9/08 | Wire Transfer Debit<br>~~Daly and Black, P.C.~~<br>026073066<br>1022017931<br>2211 Norgolk Street suite 800<br>Houston, TX. 77098<br>ESQUIRE BANK NA<br>JERICHO, NY<br>Paul Patrick Black<br>20210908MMQFMPOQ000019<br>20210908GMQFMP01019709<br>09081342FT03 | 6,750.00- |
| 9/08 | Wire Transfer Debit<br>~~Michael Archer~~<br>111000614<br>705065162<br>7122 Fushia Lane<br>Humble, Texas 77346<br>JPMCHASE TEXAS<br>BANK ONE TEXAS, TX<br>20210908MMQFMPOQ000001<br>20210908B1QGC01R023601<br>09081011FT03 | 140,271.93- |
| 9/09 | Transf to CP and Associates<br>Confirmation number   909210007 | 7,500.00- |
| 9/10 | Wire Transfer Debit<br>~~Claudia Abrego~~ | 7,500.00- |



Date 9/30/21                    Page    8

COMMERCIAL ANALYSIS CHECKING        XXXXXXXXXXXXX217   (Continued)

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| | 114000093<br>114923439<br>120 CR 4720<br>Castroville, TX  78009<br>FROST BANK<br>SAN ANTONIO, TX<br>Further Credit to Castroville<br>Bank, Customer George F. Robbi<br>account number 811807<br>20210916MMQFMPOQ000022<br>20210916K4QLA01C000610<br>09161136FT03 | |
| 9/16 | 9142021     CSC<br>CCD | 34.53- |
| 9/16 | Payment     ATT<br>TEL | 1,105.62- |
| 9/16 | Transf to Oak Hills Financial<br>Confirmation number   916210010 | 5,000.00- |
| 9/17 | Wire Transfer Debit<br>George F. Robbins, Jr.<br>114000093<br>114923439<br>120 CR 4720<br>Castroville, TX  78009<br>FROST BANK<br>SAN ANTONIO, TX<br>Further Credit to Castroville<br>Bank, Customer George F. Robbi<br>account number 811807<br>20210917MMQFMPOQ000022<br>20210917K4QLA01C001484<br>09171522FT03 | 60,120.00- |
| 9/20 | Wire Transfer Debit<br>Flatbay<br>113025299<br>0101008104<br>6001 Savoy Drive<br>Suite 601<br>Houston, TX  77036<br>LONE STAR BANK<br>HOUSTON, TX<br>20210920MMQFMPOQ000003<br>20210920QMGFNP67000694<br>09201008FT03 | 10,000.00- |
| 9/21 | Overdraft Item Charge | 35.00- |
| 9/21 | 9172021     CSC<br>CCD | 34.53- |
| 9/21 | WEB PMTS    City of North Li<br>CCD | 500.00- |

WP-2217-00024



Date 9/30/21       Page 9

COMMERCIAL ANALYSIS CHECKING       XXXXXXXXXXXXX217   (Continued)

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 9/23 | Nonsufficient Funds Charge | 35.00- |
| 9/23 | INS PYMT   HUMANA, INC. PPD | 13,323.12- |
| 9/28 | Deposited Item Returned | 25,000.00- |
| 9/28 | Deposited Item Returned | 25,000.00- |
| 9/28 | Wire Transfer Debit<br>~~Charmaigne Benson~~<br>065400137<br>630980089<br>1025 Trail Court<br>Mandeville, LA  70448<br>JPMCHASE LOUISIANA<br>BATON ROUGE, LA<br>20210928MMQFMPOQ000005<br>20210928B1QGC01R029056<br>09281046FT03 | 2,000.00- |
| 9/28 | Wire Transfer Debit<br>~~Gary Archer~~<br>321176833<br>0005015367<br>1187 Mariposa Ave.<br>San Jose, CA  95126<br>MERIWST CU SJOSE<br>SAN JOSE, CA<br>20210928MMQFMPOQ000006<br>20210928QMGFNP72000754<br>09281046FT03 | 4,050.00- |
| 9/28 | Wire Transfer Debit<br>~~Michael Archer~~<br>111000614<br>705065162<br>7122 Fushia Lane<br>Humble, Texas 77346<br>JPMCHASE TEXAS<br>BANK ONE TEXAS, TX<br>20210928MMQFMPOQ000007<br>20210928B1QGC01R029155<br>09281047FT03 | 4,050.00- |
| 9/28 | Wire Transfer Debit<br>~~Jacquie Krown~~<br>321176794<br>0030794457<br>7048 Via Blanca<br>San Jose, CA 95139<br>COMWEA CENT CU SJ<br>SAN JOSE, CA<br>20210928MMQFMPOQ000004<br>20210928GMQFMP01011197 | 20,000.00- |

WP-2217-00025