# EXHIBIT G

# Texas IOLTA Program Prime Partners and Eligible Institutions

*Texas attorneys are required to place their IOLTA accounts in financial institutions which pay interest rates on IOLTA comparable to rates paid on similarly situated accounts. A copy of the "Rules Governing the Texas Access to Justice Foundation" can be found at www.teajf.org. This is the alphabetical list of institutions that are currently eligible to hold IOLTA accounts.*

## Prime Partners

Prime Partners are financial institutions that go above and beyond eligibility requirements to foster the IOLTA Program. These institutions pay, net of allowable reasonable fees, the higher of 1) 75.00% or more of the Fed Funds Target Rate; or 2) a minimum of 1.00% on IOLTA accounts. They are committed to ensuring the success of the IOLTA program and increased funding for legal aid.

| Prime Partners | City |
|---|---|
| Amarillo National Bank | Amarillo |
| Austin County State Bank | Bellville |
| Bank of Hope | Dallas |
| Bank of San Angelo | San Angelo |
| Capitol Credit Union | Austin |
| Cendera Bank | Bells |
| Dallas Capital Bank | Dallas |
| EECU | Fort Worth |
| First National Bank of Aspermont | Aspermont |
| First National Bank of Ballinger | Ballinger |
| First National Bank of Burleson | Burleson |
| Horizon Bank | Austin |
| Keystone Bank | Lubbock |
| North East Texas Credit Union | Lone Star |
| PlainsCapital Bank | Statewide |
| R Bank | Round Rock |
| Southwestern National Bank | Houston |
| Texas Capital Bank | Dallas |
| Texas State Bank | San Angelo |
| TXN Bank | Hondo |
| Union Square Credit Union | Wichita Falls |
| Wells Fargo Bank | Statewide |

# Texas IOLTA Program Prime Partners and Eligible Institutions

## Eligible Institutions

On January 13, 2009, the Supreme Court of Texas amended the Rules governing the IOLTA Program. The Texas Access to Justice Foundation determined that these financial institutions are eligible to hold IOLTA accounts.

| Eligible Institutions | City | Eligible Institutions | City |
|---|---|---|---|
| AccessBank Texas | Denton | Blanco National Bank | Blanco |
| Affiliated Bank | Arlington | Brady National Bank | Brady |
| Agility Bank | Houston | Brazos National Bank | Richwood |
| AimBank | Littlefield | Brenham National Bank | Brenham |
| Alliance Bank | Sulphur Springs | Bridge City State Bank | Bridge City |
| Alliance Bank | Waco | Broadway National Bank | San Antonio |
| Amegy Bank of Texas | Statewide | Business First Bank | Dallas |
| American Bank | Corpus Christi | Cadence Bank | Houston |
| American Bank | Dallas | Capital Bank | Houston |
| American Bank | Waco | Capital Bank of Texas | Carrizo Springs |
| American Bank of Commerce | Lubbock | Capital Bank | Rockville |
| American First National Bank | Houston | Capital One Bank | Statewide |
| American Momentum Bank | College Station | CapTex Bank | Trenton |
| American National Bank | Wichita Falls | Carrollton Bank | Carrollton |
| American National Bank of Texas | Terrell | Castroville State Bank | Castroville |
|  |  | Cattlemens Bank | Hollis |
| American National Bank | Mount Pleasant | CBB Bank | Dallas |
| American Nation Bank | Ardmore | Centennial Bank | Lubbock |
| American National Bank | Wichita Falls | Central Bank | Houston |
| American State Bank | Tyler | Central National Bank | Waco |
| Ameris Bank | Atlanta, GA | Charter Bank | Corpus Christi |
| AmeriState Bank | Sherman | Chasewood Bank | Houston |
| Amistad Bank | Del Rio | Ciera Bank | Graham |
| Anahuac National Bank | Anahuac | CIT | Omaha |
| Angelina Savings Bank | Lufkin | Citibank | Statewide |
| Arrowhead Bank | Llano | Citizens Bank | Abilene |
| Austin Bank, Texas | Jacksonville | Citizens Bank | Claude |
| Bandera Bank | Bandera | Citizens Bank | Kilgore |
| Bank of America | Statewide | Citizens Bank | Slaton |
| Bank of Brenham | Brenham | Citizens First Bank | Tyler |
| Bank of DeSoto | DeSoto | Citizens National Bank | Brownwood |
| Bank of Houston | Houston | Citizens National Bank | Cameron |
| Bank of Las Colinas | Irving | Citizens National Bank | Crockett |
| Bank of Montgomery | Natchitoches | Citizens National Bank | Henderson |
| Bank of River Oaks | Houston | Citizens National Bank | Hillsboro |
| Bank of San Antonio | San Antonio | Citizens National Bank of Texas | Waxahachie |
| Bank of South Texas | McAllen | Citizens State Bank | Buffalo |
| Bank of Texas | Dallas | Citizens State Bank | Ganado |
| Bank of the Ozarks | Dallas | Citizens State Bank | Roma |
| Bank of the West | Grapevine | Citizens State Bank | San Antonio |
| Bank SNB | Stillwater | Citizens State Bank | Sealy |
| BankTexas | Quitman | Citizens State Bank | Somerville |
| BankUnited | Rye Brook, NY | Citizens State Bank | Tyler |
| Benchmark Bank | Plano | Citizens State Bank | Woodville |
| Big Lake Bank | Big Lake | | |

# Texas IOLTA Program Prime Partners and Eligible Institutions

| Eligible Institutions | City | Eligible Institutions | City |
|---|---|---|---|
| City Bank | Lubbock | First Bank & Trust | Childress |
| City National Bank | Corsicana | First Bank & Trust | Lubbock |
| City National Bank | Colorado City | FirstCapital Bank of Texas | Midland |
| City National Bank | Sulphur Springs | First Citizens Bank | Austin |
| City National Bank | Taylor | First Commercial Bank | Seguin |
| Classic Bank | Cameron | First Community Bank | Corpus Christi |
| ClearFork Bank | Albany | First Community Bank | San Benito |
| Coleman County State Bank | Coleman | First Community Credit Union | Houston |
| Colonial Savings | Fort Worth | First Federal Community Bank | Paris |
| Columbus State Bank | Columbus | First Federal Bank | Littlefield |
| Comanche National Bank | Comanche | First Financial Bank | Abilene |
| Comerica Bank | Statewide | First Guaranty Bank | Waco |
| Commerce Bank Texas | Stockdale | First Interstate Bank | Bend, OR |
| Commercial Bank of Texas | Nacogdoches | First Liberty National Bank | Liberty |
| Commercial National Bank of Brady | Brady | First Lockhart National Bank | Lockhart |
| Commercial National Bank of Texarkana | Texarkana | First National 1870 | El Paso |
| Commercial State Bank | Andrews | First National Bank | Alvin |
| Community Bank | Bridgeport | First National Bank | Anderson |
| Community Bank | Longview | First National Bank | Bastrop |
| Community Bank & Trust | Waco | First National Bank | Beeville |
| Community National Bank | Midland | First National Bank | Colorado City |
| Community National Bank & Trust of Texas | Corsicana | First National Bank | El Paso |
| Crockett National Bank | San Angelo | First National Bank | Emory |
| Crossroad Bank | Yoakum | First National Bank | Falfurrias |
| CrossFirst Bank | Dallas | First National Bank | Floydada |
| Cypress Bank | Pittsburg | First National Bank | Giddings |
| Donley County State Bank | Clarendon | First National Bank | Gilmer |
| East West Bank | Houston | First National Bank | Groesbeck |
| Encore Bank | Little Rock | First National Bank | Hughes Springs |
| Elsa State Bank & Trust Co. | Rio Grande City | First National Bank | Huntsville |
| Ennis State Bank | Ennis | First National Bank | Jacksboro |
| Esquire Bank | Houston | First National Bank | Jasper |
| Extraco Banks | Temple | First National Bank | Port Lavaca |
| Falcon International Bank | Loredo | First National Bank | Sonora |
| Falls City National Bank | Falls City | First National Bank | Wichita Falls |
| Farmers Bank & Trust | Texarkana | First National Bank in Whitney | Whitney |
| Farmer & Merchants Bank | De Leon | First National Bank of Alvin | Alvin |
| Farmers State Bank | Center | First National Bank of Bosque County | Valley Mills |
| Farmers State Bank | Groesbeck | First National Bank of Central Texas | Mart |
| Fayette Savings Bank | La Grange | First National Bank of East Texas | Lockhart |
| Fayetteville Bank | Fayetteville | First National Bank of Eldorado | Eldorado |
| FirstBank Southwest | Amarillo | First National Bank of Granbury in Granbury | Granbury |
| First Abilene Federal Credit Union | Abilene | First National Bank of Lake Jackson | Lake Jackson |
| First American Bank | Santa Ana, CA | First National Bank of Livingston | Livingston |
| First Bank | Burkburnett | First National Bank of McGregor | McGregor |
| First Bank | Whitney | | |

# Texas IOLTA Program Prime Partners and Eligible Institutions

| Eligible Institutions | City | Eligible Institutions | City |
|---|---|---|---|
| First National Bank of Mertzon | Mertzon | Grand Bank of Texas | Grand Prairie |
| First National Bank of Mount Vernon | Mount Vernon | Grandview Bank | Grandview |
| First National Bank of Shiner | Shiner | Greater State Bank | Falfurrias |
| First National Bank of Stanton | Stanton | Great Plains Bank | Mangum, OK |
| First National Bank of Weatherford | Weatherford | Guadalupe National Bank | Kerrville |
| First National Bank of Winnsboro | Winnsboro | Gulf Capital Bank | Houston |
| First National Bank Southwest | Frisco | Guaranty Bank &Trust | Mt Pleasant |
| First National Bank Texas | Killeen | Hancock Whitney Bank | Gulfport |
| First Savings Bank | El Paso | Hanmi Bank | Garland |
| First Security Bank | Beaumont | Henderson Federal Savings Bank | Henderson |
| First Security Bank | Cranfills Gap | Herring Bank | Amarillo |
| First State Bank | Abernathy | Hill Bank & Trust | Weimar |
| First State Bank | Abilene | Hillcrest Bank | Dallas |
| First State Bank | Athens | HomeTown Bank | Galveston |
| First State Bank | Clute | Houston Federal Credit Union | Sugar Land |
| First State Bank | Gainesville | IBERIABANK | Houston |
| First State Bank | Livingston | Independent Bank | McKinney |
| First State Bank | Louise | InterBank | Graham |
| First State Bank | Mesquite | International Bank of Commerce | Statewide |
| First State Bank | Mobeetie | Interstate Bank | Perryton |
| First State Bank | San Diego | Inwood National Bank | Dallas |
| First State Bank | Spearman | Investar Bank | Texas City |
| First State Bank | Uvalde | Jacksboro National Bank | Jacksboro |
| First State Bank | Three Rivers | Jefferson Bank | San Antonio |
| First State Bank | Yoakum | Johnson City Bank | Johnson City |
| First State Bank & Trust Co. | Carthage | JPMorgan Chase | Statewide |
| First State Bank of Burnet | Burnet | Junction National Bank | Junction |
| First State Bank of Graham | Graham | Karnes County National Bank | Karnes City |
| First State Bank of Odem | Odem | Keystone Bank | Austin |
| First State Bank of Paint Rock | Paint Rock | Kleberg First National Bank | Corpus Christi |
| First State Bank of Uvalde | Uvalde | Lakeside National Bank | Rockwall |
| First Texas Bank | Georgetown | Lamar National Bank | Paris |
| First Texas Bank | Killeen | Lamesa National Bank | Lamesa |
| First Texas Bank | Lampasas | Landmark Bank | Denison |
| First Texoma National Bank | Sherman | LegacyTexas | Dallas |
| First United Bank | Lubbock | Legend Bank | Bowie |
| First United Bank & Trust | Durant, OK | Liberty Capital Bank | Addison |
| Firstbank Southwest | Amarillo | Liberty Federal Savings Bank | Enid |
| Flagstar Bank, N.A. | New York | Liberty National Bank in Paris | Paris |
| Fort Davis State Bank | Alpine | Lone Star National Bank | Pharr |
| Freedom Bank | McAllen | Lone Star State Bank of West Texas | Lubbock |
| Frontier Bank of Texas | Elgin | Lone Star Capital Bank | San Antonio |
| Frost Bank | Statewide | MapleMark Bank | Dallas |
| GECU | El Paso | Marion State Bank | Marion |
| Generations Federal Credit Union | San Antonio | Mercantil Commercebank | Houston |
| Golden Bank | Houston | MidFirst Bank | Phoenix, AZ |
| | | MidSouth Bank | Beaumont |
| | | Mineola Community Bank | Mineola |
| | | Moody National Bank | Galveston |

# Texas IOLTA Program Prime Partners and Eligible Institutions

| Eligible Institutions | City | Eligible Institutions | City |
|---|---|---|---|
| Morris County National Bank | Naples | Sanger Bank | Sanger |
| Mountain Star Federal Credit Union | El Paso | Schertz Bank & Trust | Schertz |
| Muenster State Bank | Muenster | Security Bank | Odessa |
| MUFG Union Bank | Dallas | Security National Bank | Omaha |
| National Bank & Trust | La Grange | Security State Bank | Pearsall |
| National Bank of Andrews | Andrews | The Security State Bank | Winters |
| National Bank of Texas at Fort Worth | Fort Worth | Security State Bank & Trust | Fredericksburg |
| Neches Federal Credit Union | Port Neches | ServisFirst | Birmingham |
| NewFirst Bank | El Campo | Shelby Savings Bank | Center |
| NexBank | Dallas | Shinhan Bank America | Dallas |
| Normangee State Bank | Normangee | Simmons Bank | Fort Worth |
| North Dallas Bank & Trust Co. | Dallas | Southside Bank | Tyler |
| Northern Trust Company | Statewide | SouthStar Bank | Moulton |
| One World Bank | Dallas | SouthTrust Bank | George West |
| Origin Bank | Ruston, LA | Southwest Bank | Odessa |
| Ozona National Bank | Wimberley | Spirit of Texas Bank | Snook |
| Pavillion Bank | Richardson | Spur Bank | Spur |
| PCB Bank | Los Angelos | State Bank of DeKalb | DeKalb |
| Pegasus Bank | Dallas | State Bank of Texas | Dallas |
| Peoples Bank | Lubbock | State National Bank | Big Spring |
| Peoples Bank | Paris | Stellar Bank | Houston |
| Peoples State Bank | Hallettsville | Sundown State Bank | Sundown |
| Perryton National Bank | Perryton | T Bank | Dallas |
| Pilgrim Bank | Sulphur Springs | TBK Bank | Bettendorf |
| Pinnacle Bank | Keene | Texan Bank | Sugar Land |
| Pinnacle Bank | Nashville, TN | Texana Bank | Linden |
| Pioneer Bank | Dripping Springs | Texas Advantage Community Bank | Alvin |
| Plains State Bank | Houston | Texas Bank | Brownwood |
| PNC Bank | Statewide | Texas Bank & Trust Co. | Longview |
| PointBank | Pilot Point | Texas Brand Bank | Garland |
| PointWest Bank | West | Texas Champion Bank | Alice |
| Preferred Bank | Houston | Texas Community Bank | Laredo |
| Premier Bank Texas | Grapevine | Texas First Bank | Texas City |
| PrimeWay Federal Credit Union | Houston | Texas First State Bank | Waco |
| Prosperity Bank | Statewide | Texas Gulf Bank | Freeport |
| Providence Bank of Texas | Southlake | Texas Heritage Bank | Boerne |
| Public Employees Credit Union | Austin | Texas Heritage National Bank | Daingerfield |
| Raiz Federal Credit Union | El Paso | Texas Hill Country Bank | Bandera |
| R Bank | Round Rock | Texas National Bank | Edinburg |
| Randolph Brooks Federal Credit Union | Universal City | Texas National Bank | Sweetwater |
| Regions Bank | Statewide | Texas National Bank of Jacksonville | Jacksonville |
| Rio Bank | McAllen | Texas Republic Bank | Frisco |
| Robert Lee State Bank | Robert Lee | Texas Regional Bank | Falfurrias |
| Roscoe State Bank | Roscoe | Texas Security Bank | Dallas |
| Round Top State Bank | Round Top | Texas Star Bank | Van Alstyne |
| Sage Capital Bank | Gonzales | Texas State Bank | Joaquin |
| Santa Anna National Bank | Santa Anna | Texas State Bank | Lufkin |
| | | Texas Traditions Bank | Webster |

## Texas IOLTA Program Prime Partners and Eligible Institutions

| Eligible Institutions | City | Eligible Institutions | City |
|---|---|---|---|
| Texstar National Bank | Universal City | Woodforest National Bank | The Woodlands |
| The Bank & Trust | Del Rio | Worthington Bank | Arlington |
| The Bank and Trust of Bryan/College Station | Bryan | Yoakum National Bank | Yoakum |
| Third Coast Bank | Humble | | |
| Titan Bank | Mineral Wells | | |
| Tolleson Private Bank | Dallas | | |
| TransPecos Banks | Alpine | | |
| Trinity Bank | Fort Worth | | |
| Truist Bank | Charlotte, NC | | |
| Trustmark Bank | Houston | | |
| TrustTexas Bank | Cuero | | |
| UMB Bank | Fort Worth | | |
| Union State Bank | Georgetown | | |
| Union State Bank | Killeen | | |
| Union State Bank | Round Rock | | |
| United Bank of El Paso Del Norte | El Paso | | |
| United Texas Bank | Dallas | | |
| Unity National Bank | Houston | | |
| Valliance Bank | McKinney | | |
| ValueBank Texas | Corpus Christi | | |
| Vantage Bank Texas | San Antonio | | |
| Veritex Community Bank | Dallas | | |
| Vista Bank | Lubbock | | |
| Wallis State Bank | Wallis | | |
| Washington Federal | El Paso | | |
| Wellington State Bank | Wellington | | |
| Western Heritage Bank | El Paso | | |
| WestStar Bank | El Paso | | |
| West Texas National Bank | Midland | | |
| West Texas State Bank | Snyder | | |
| Winter Park National Bank | Winter Park | | |