# EXHIBIT H



**STATE BAR** *of* **TEXAS**



## MR. CHRISTOPHER J. 'CHRIS' PETTIT

**Not Eligible to Practice in Texas (click for detail)**

## CHRIS PETTIT & ASSOC PC

*Bar Card Number:* 15861150

*TX License Date:* 11/01/1991

*Primary Practice Location:* San Antonio , Texas

*PO Box 782528*
*San Antonio, TX 78278-2528*

*Practice Areas:* Litigation: Personal Injury, Elder Law

**CONTACT INFORMATION**

Tel: 210-732-8300  &

*Statutory Profile Last Certified On:* 02/22/2021

**PRACTICE INFORMATION**

*Firm:* Chris Pettit & Assoc PC

*Firm Size:* 6 to 10

*Occupation:* Private Law Practice

*Practice Areas: Litigation: Personal Injury, Elder Law*

**Services Provided:**
Deaf/Hard of Hearing Translation: Not Specified
ADA-accessible client service: Yes
Language translation: Yes

**Fee Options Provided:**  ?
Contingency Fees: Yes
Flat Fees: Yes

**COURTS OF ADMITTANCE**

*Federal:*
Texas Western District Court

*Other Courts:*
None Reported By Attorney

*Other States Licensed:*
None Reported By Attorney

*Please note:* This information is self-reported by
Texas attorneys. Current license or admittance
status can only be certified by the appropriate

We use cookies to analyze our traffic and enhance functionality. **More Information**

AGREE

*Please note:* *Not all payment options are available for all cases, and any p...*
*attorney and his/her client. The State Bar of Texas is not responsible for pa...*
*client.*

**Foreign Language Assistance:**
Spanish

## LAW SCHOOL

*School*
*Degree earned*

St. Mary's University

*Graduation Date*      05/1988

## PUBLIC DISCIPLINARY HISTORY

### State Bar of Texas

*Sanction*

Resignation in lieu of discipline

*(Start-End)*
*Sanction*

*(Start-End)*
*Sanction*

Public Reprimand

*(Start-End)*
*Sanction*

*(Start-End)*
*Sanction*

### Other States

None Reported By Attorney

Sanctions that indicate a judgment is on appeal are still in effect but are not final and subject to change. To request a copy of a disciplinary judgment that is not available online or for more information about a specific disciplinary sanction listed above, please contact the Office of the chief Disciplinary Counsel at (877) 953-5535.

We use cookies to analyze our traffic and enhance functionality. **More Information**

AGREE