# EXHIBIT I



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: August 09, 2022.

_____
CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>CHRIS PETTIT & ASSOCIATES, P.C.<br><br>CHRISTOPHER JOHN PETTIT<br><br>Jointly Administered Debtors.[1] | § § § § § § § § § § § | CASE NO. 22-50591-CAG<br><br>CASE NO. 22-50592-CAG<br><br>CHAPTER 11 PROCEEDINGS<br><br>(Jointly Administered Under Case No. 22-50591-CAG) |

**ORDER GRANTING APPLICATION TO EMPLOY FORVIS, LLP AS FORENSIC ACCOUNTANTS FOR THE CHAPTER 11 TRUSTEE**

The Court has considered the *Application to FORVIS, LLP as Forensic Accountants for the Chapter 11 Trustee* (the "Application"),[2] filed by Eric Terry as the

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's Social Security Number or Federal Tax Identification Number, as applicable, are: Chris Pettit & Associates, P.C. (1267), and Christopher John Pettit (9429). The Debtors' mailing address is 11 Champions Run, San Antonio, TX 78258.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Application.

123343.000001 4888-0920-0681.1 7/14/2022 (4:11 PM)

Chapter 11 Trustee (the "Trustee") for the Bankruptcy Estates of Chris Pettit & Associates, PC and Christopher John Pettit (the "Estates") in the above-captioned cases (the "Cases"), and based on the representations of the parties and the evidence presented at the hearing on the Application, the Court finds that: (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and the Court has the constitutional authority to enter a Final Order on the Application; (iii) the relief requested in the Application is in the best interests of the Trustee, the Estates, creditors and parties-in-interest; (iv) FORVIS, LLP ("FORVIS") is a "disinterested person" as that term is defined under 11 U.S.C. § 101(14); (v) FORVIS does not hold or represent an interest adverse to the Trustee or the Estates; (vi) proper and adequate notice of the hearing on the Application has been given and no other or further notice is necessary; (vii) all objections to the Application have been resolved by this Order or are overruled in their entirety; and (viii) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.

**IT IS THEREFORE ORDERED** as follows:

1. The Application is **GRANTED**.

2. Pursuant to sections 1106, 327(a), and 330 of the Bankruptcy Code, the Trustee is authorized to employ FORVIS as his forensic accountants, effective as of June 22, 2022, in accordance with and on the terms described in the Application.

3. If any supplemental "connections" are disclosed by FORVIS through one or more supplemental declarations, any objections to the continued retention of FORVIS as the Trustee's forensic accountants shall be due within 21 days after the filing and serving of each supplemental disclosure. Absent any objections, the employment of FORVIS as the Trustee's forensic accountants shall continue as authorized without further order of the Court, pursuant to this Order.

4. Payment to FORVIS shall be subject to the filing and approval of appropriate interim and final applications for allowance of compensation and payment of expenses, or any such other compensation procedures as may be approved by separate order of this Court.

5. FORVIS shall be compensated upon appropriate application in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any applicable procedures and orders of this Court.

6. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

###

Prepared and submitted by:

Patrick L. Huffstickler
State Bar No. 10199250
phuffstickler@dykema.com
Danielle Rushing
State Bar No. 24086961
drushing@dykema.com
**DYKEMA GOSSETT PLLC**
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

and

Basil A. Umari
State Bar No. 24028174
bumari@dykema.com
**DYKEMA GOSSETT PLLC**
5 Houston Center
1401 McKinney Street, Suite 1625
Houston, TX 77010
Telephone: 703-904-6883
Facsimile: 855-270-4604

**PROPOSED COUNSEL FOR THE TRUSTEE**

## Winter Park Bank Analysis
Deposits and Withdrawals Summary - Including Transfers Between Accounts

**FORVIS Notes:**

The below analysis represents the dollar volume FORVIS observed flowing through each Winter Park Bank statement. This includes all bank transfers to and from accounts.

| Account | Sum of Deposits | Sum of Withdrawals |
|---|---|---|
| Winter Park x1524 - Chris Pettit Personal | $ 2,882,465.16 | $ 2,882,465.16 |
| 2021 | 2,882,465.16 | 2,882,465.16 |
| Winter Park x1680 - Chris Pettit & Associates | $ 1,467,660.57 | $ 1,467,660.57 |
| 2021 | 1,314,927.03 | 1,304,427.03 |
| 2022 | 152,733.54 | 163,233.54 |
| Winter Park x2043 - Oak Hills | $ 3,088,342.10 | $ 3,088,342.10 |
| 2021 | 3,088,342.10 | 3,088,342.10 |
| Winter Park x2050 - Olmos Park | $ 10,812.90 | $ 9,600.00 |
| 2021 | 10,812.90 | 8,100.00 |
| 2022 | - | 1,500.00 |
| Winter Park x2068 - Piccoli Properties | $ 1,242.28 | $ 1,240.00 |
| 2021 | 1,242.28 | 1,240.00 |
| Winter Park X2217-Trust Account | $ 12,788,854.65 | $ 12,788,854.65 |
| 2021 | 12,788,854.65 | 12,788,854.65 |
| Winter Park X2928 - Booze Brothers | $ 438.78 | $ 438.78 |
| 2021 | 438.78 | 438.78 |
| Grand Total | $ 20,239,816.44 | $ 20,238,601.26 |